Thomas Lether, OSB #101708
Eric J. Neal, OSB #110268
LETHER LAW GROUP
1848 Westlake Ave N, Suite 100
Seattle, WA 98109
T: (206) 467-5444
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Plaintiff*
*First Mercury Insurance Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>3CD OR, LLC, an Oregon Limited Liability Company; DVKOCR TIGARD, LLC, an Oregon Limited Liability Company; CHRIS HUMPHRIES, an individual; HUTCHISON CONSTRUCTION, INC., an Oregon corporation; ARWAY ENTERPIRSES, INC., DBA KEC ELECTRIC, INC., an Oregon Corporation; KNIFE RIVER CORPORATION NORTHWEST, an Oregon corporation; WESTWIND CONCRETE, INC., an Oregon corporation; PORTER ELECTRIC, INC., an Oregon Corporation, BLUE MOUNTAIN POOLS, INC., an Oregon Corporation,<br><br>Defendants. | No. 3:24-cv-00666-YY<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

### I.    STIPULATION

COMES NOW Plaintiff, First Mercury Insurance Company and Defendants 3CD OR,

LLC, DVKOCR Tigard, LLC, Chris Humphries, Arway Enterprises, Inc. dba KEC Electric, Inc.

Hutchinson Construction, Inc., and Westwind Concrete hereby agree and stipulate that all claims and causes of action in this matter should be dismissed with prejudice and without fees or costs to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 28th day of February, 2025.

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, OSB #101708
*/s/ Eric J. Neal*
Eric J. Neal, OSB #110268
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: (206)467-5444 / F: (206)567-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Defendant First*
*Mercury Insurance Company*


ALTUS LAW LLC

*/s/ Scott D. Schnuck*
Scott D. Schnuck
PO Box 8309
Portland, OR 97207
T: 503-374-1913 / F: 503-374-1918
sschnuck@altuslaw.com
*Counsel for Arway Enterprises, Inc. and*
*Hutchinson Construction, Inc.*

PATERNOSTER FARNELL & GREIN LLP

*/s/ Parker Jones*
Michael E. Farnell
Parker Jones
Paternoster Farnell & Grein LLP
1030 SW Morrison St.
Portland, OR 97205
T: 503-222-1812 / F: 503-274-7979
mfarnell@pfglaw.com
pjones@pfglaw.com
*Counsel for 3CD OR, LLC and Chris Humphries*


COSGRAVE VERGEER KESTER LLP

*/s/  Joshua R. Kennedy*
Joshua R. Kennedy, OSB No.: 063941
Brandon L. Thornburg. OSB No. 184618
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
T: (503) 323-9000 / F: (503) 323-9019
jkennedy@cosgravelaw.com
bthornburg@cosgravelaw.com
*Counsel for DVKOCR Tigard, LLC*

# I.    ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1.  That this action is hereby dismissed with prejudice;

2.  This dismissal is effectuated without an award of fees or costs to any party.

Dated this  28th  day of February_____, 2025.


___/s/ Youlee Yim You_____
JUDGE YOULEE YIM YOU


**Presented by:**

LETHER LAW GROUP

*/s/ Thomas Lether*_____
Thomas Lether, OSB #101708
*/s/ Eric J. Neal*_____
Eric J. Neal, OSB #110268
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: (206)467-5444 / F: (206)567-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Defendant First*
*Mercury Insurance Company*


ALTUS LAW LLC

*/s/  Scott D. Schnuck*_____
Scott D. Schnuck
PO Box 8309
Portland, OR 97207
T: 503-374-1913 / F: 503-374-1918
sschnuck@altuslaw.com
*Counsel for Arway Enterprises, Inc. and*
*Hutchinson Construction, Inc.*

PATERNOSTER FARNELL & GREIN LLP

*/s/Parker Jones*_____
Michael E. Farnell
Parker Jones
Paternoster Farnell & Grein LLP
1030 SW Morrison St.
Portland, OR 97205
T: 503-222-1812 / F: 503-274-7979
mfarnell@pfglaw.com
pjones@pfglaw.com
*Counsel for 3CD OR, LLC and Chris Humphries*


COSGRAVE VERGEER KESTER LLP

*/s/ Joshua R. Kennedy*_____
Joshua R. Kennedy, OSB No.: 063941
Brandon L. Thornburg. OSB No. 184618
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
T: (503) 323-9000 / F: (503) 323-9019
jkennedy@cosgravelaw.com
bthornburg@cosgravelaw.com
*Counsel for DVKOCR Tigard, LLC*